**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID PRICKETT and JODIE LINTON-PRICKETT, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 4:05-CV-10 |
| INFOUSA, INC., SBC INTERNET SERVICES and YAHOO!, INC., | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

This final judgment is entered pursuant to FED. R. CIV. P. 58 and the court's "Memorandum Opinion and Order Granting Defendants' Motions for Summary Judgment," signed on March 29, 2006. In accordance with the rulings set forth in the above-referenced order, it is hereby

**ORDERED** that the Plaintiffs' case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any relief not specifically granted is denied.

**SIGNED this the 29th day of March, 2006.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE